1    TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
     tpeterson@petersonbaker.com
2    BENJAMIN K. REITZ, ESQ., Bar No. 13233
     breitz@petersonbaker.com
3    PETERSON BAKER, PLLC
     10001 Park Run Drive
4    Las Vegas, NV 89145
     Telephone: 702.786.1001
5    Facsimile: 702.786.1002

6    *Attorneys for Defendants Bogenius Group, LLC*
     *and Andrew Boggeri*
7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

0    JUSTOURS, INC., a Delaware            CASE NO.: 2:17-cv-00078-GMN-CWH
     corporation; PUERTO VALLARTA
11   ACQUISITIONS, INC., a Delaware
     corporation;                         **STIPULATION AND [PROPOSED]**
12                                         **ORDER TO EXTEND TIME TO HOLD**
                                           **FED. R. CIV. P. 26(f) CONFERENCE AND**
13               Plaintiffs,               **SUBMIT DISCOVERY PLAN PENDING**
     v.                                    **THE RESOLUTION OF THE MOTION TO**
14                                         **COMPEL ARBITRATION**
     BOGENIUS GROUP, LLC, a California
15   limited liability company; ANDREW
     BOGGERI, an individual; DOES I through   **(First Request)**
16   X; and ROE CORPORATIONS I through
     X,
17
                 Defendants.

18          Defendants Bogenius Group, LLC and Andrew Boggeri (collectively, the "Defendants"),

19   by and through their counsel of record, the law firm of Peterson Baker, PLLC, and Plaintiffs

20   JusTours, Inc. and Puerto Vallarta Acquisitions, Inc. (collectively, the "Plaintiffs"), by and through

21   their counsel of record, the law firm of Hogan Hulet PLLC, hereby state as follows:

22          1.      On November 30, 2016, Plaintiffs filed their Complaint in the Eighth Judicial

23   District Court, Clark County, Nevada (Case No. A-16-7674390-C).

24          2.      On January 9, 2017, Defendants filed their Notice of Removal Pursuant to 28 U.S.C.

25   §§ 1332, 1441, and 1445 [ECF No. 1];

26          3.      On January 17, 2017, Defendants filed their Motion to Compel Arbitration [ECF

27   No. 5];

28

PETERSON BAKER, PLLC
10001 Park Run Drive
Las Vegas, NV 89145
702.786.1001

4. On January 24, 2017, Defendants filed their Statement Regarding Removal [ECF No. 6];

5. On January 31, 2017, Plaintiffs filed their Response to Defendants Bogenius Group, LLC and Andrew Boggeri's Motion to Compel Arbitration [ECF No. 7];

6. On February 7, 2017, Defendants filed their Reply in Support of Motion to Compel Arbitration [ECF No. 9];

7. On February 8, 2017, the Parties filed a Joint Status Report [ECF No. 10];

8. Pursuant to LR 26-1, the Rule 26(f) Conference must be held within thirty (30) days after the first defendant answers or otherwise appears, and fourteen (14) after the conference, the Parties must submit a stipulated discovery plan and scheduling order;

9. Because it is in the best interest of all parties to await the Court's ruling on the Motion to Compel Arbitration prior to setting discovery deadlines and incurring the time and expense of disclosing documents in the event the Court does compel this matter to arbitration, the parties have agreed to stay discovery in this action pending a ruling on the Motion to Compel Arbitration [ECF No. 7].

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, as follows:

a. The parties will meet and confer pursuant to Federal Rule of Civil Procedure 26(f) within 30 days of the Court order on Defendants' Motion to Compel Arbitration [ECF No. 7]; and

///
///
///
///
///
///

**PETERSON BAKER, PLLC**
10001 Park Run Drive
Las Vegas, NV 89145
702.786.1001

2

1

           b.       The parties will file a stipulated Discovery Plan and Scheduling Order within

2

fourteen (14) days after any such Rule 26(f) conference.

3

DATED this 7th day of March, 2017.

4

5

PETERSON BAKER, PLLC                 HOGAN HULET PLLC

6

By: /s/ Tamara Beatty Peterson         By: /s/ Jeffrey Hulet
TAMARA BEATTY PETERSON, ESQ.      KENNETH HOGAN, ESQ.

7

Nevada Bar No. 5218                   Nevada Bar No. 10083
tpeterson@petersonbaker.com          ken@h2legal.com

8

BENJAMIN K. REITZ, ESQ.,          JEFFREY HULET, ESQ.
Nevada Bar No. 13233               Nevada Bar No. 10621

9

breitz@petersonbaker.com            jeff@h2legal.com
10001 Park Run Drive                 1140 N. Town Center Dr., Suite 300

10

Las Vegas, NV 89145                 Las Vegas, NV 89144
Telephone:  702.786.1001         Telephone:  702.800.5482

11

Facsimile:  702.786.1002          Facsimile:  702.800.5482

12

*Attorneys for Defendants Bogenius Group,*   *Attorneys for Plaintiffs JusTours, Inc. and*
*LLC and Andrew Boggeri*             *Puerto Vallarta Acquisitions, Inc.*

13

14

IT IS SO ORDERED.

15

DATED: March 8, 2017

16

17

18

_____

19

C.W. HOFFMAN, JR.

20

UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

PETERSON BAKER, PLLC
10001 Park Run Drive
Las Vegas, NV 89145
702.786.1001